IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEKIEL D. POTTER, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST BANK,<br><br>Defendant. | 4:23CV3065<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on April 21, 2023, a letter (Filing No. 4) was sent to the following attorney from the Office of the Clerk directing that he obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**J. Gerard Stranch**
**STRANCH, JENNINGS LAW FIRM**
**223 Rosa L. Parks Avenue**
**Freedom Building**
**Suite 200**
**Nashville, TN 37203**

**IT IS ORDERED** that on or before **June 9, 2023**, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in J. Gerard Stranch, IV being removed as counsel of record.

Dated this 25th day of May, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge