# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EZEKIEL D. POTTER, on behalf of himself and all others similarly situated;**<br><br>  **Plaintiff,**<br><br>vs.<br><br>**MIDWEST BANK,**<br><br>  **Defendant.** | 4:23CV3065<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties in their Joint Notice of Settlement and Agreed Stay of Deadlines (Filing No. 24).

**IT IS ORDERED:**

1. On or before **September 22, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 21st day of August, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge